Michael Braun

Jennifer Samuels

VS.

Kenosha County

Kenosha County Sherriff

City of Twin Lakes

Town of Randall

Ellis Border

Dave Laurine

Sarah Walsh

Officer Kirk (Kenosha County)

Lawsuit for 14th and 4th Amendment violations, conspiring to deprive Plaintiffs of security and joy of life, as well as severe negligence by public officials leading to physical injury resulting in severe pain and suffering as well as Fraud.

## INTRODUCTION

A civil lawsuit stemming from Kenosha County court case number 2022CV000421. Unfortunately severe corruption has forced Mike Braun and Jennifer Samuels to have to file this in Federal court and name additional defendants: Kenosha County, Kenosha County Sherriff and the City of Twin Lakes because of ongoing harassment and civil rights violations since the original filing in Kenosha county.

## BACK GROUND FACTS

1} Dave Laurine caused Mike Braun and Jennifer Samuels and all 8 of their children to suffer in subhuman conditions in the house rented by Michael Braun for $2800 a month, owned by Dave Laurine, in Randal Township, in Kenosha County, by never fixing anything in or around the house which was dilapidated to begin with. Dave Laurine lied and said that as he collected rent he would make good on any repairs. This was a total lie. Dave Laurine Forces Plaintiffs to move in the middle of winter forcing Plaintiff's children to attend a different school in the middle of the school year. The pinnacle of Dave Laurine's, lack of respect for life, besides his only son's suicide, is his Failure as a Land Lord to replace the severely rotten wood steps leading up to the back entrance way to the house Plaintiffs rented from him. On May 7th 2021, Jennifer Samuels decides to feed her chickens off of the back steps of the house. After she stepped onto the set of steps, the entire set of steps, ripped away from the concrete foundation, causing Jennifer Samuels to fall backwards and off the side of the steps severely injury her left knee. The injury could have easily been prevented had Dave Laurine not neglected the property rented by the Plaintiffs, Ellis Border had done his civil duty, as well as Kenosha county had not been discriminatory and combined violated Jennifer Samuels 14th Amendment rights. Jennifer Samuels has had to endure severe pain and suffering, 8 months in a wheel chair, will never run again and can barely walk up a set of stairs. 6 hours of straight surgery to replace, by cadaver, torn tendons connecting her kneecap and both sides of her

knee, her femur to the fibula bone. 80 hours of recovery with a specialist to learn to walk again. Having to hire additional people to help clean and help with all 8 children. Jennifer Samuels knee at this point makes a lot of noise from stainless steel pins inserted into her bones and a mechanical stainless steel device to connect the femur to the fibula and still experiences light to moderate pain which will only get worse with age. The Plaintiffs children seeing their mother in a wheelchair for 8 months has mentally affected them also in a negative way.

2}Ellis Border, Town of Randall, is the village building inspector. Many calls were put into Randall Township after "googling", "inspector for Randall Township", and Ellis Boarder's picture and job description pops up. All of those complaints were ignored except for 1 call returned to Mike Braun by Ellis Border (on a recorded line) after 1 year in the rental house, Ellis Border stated "If I have to come out there to inspect anything, the only thing he would do, is slap a red tag on the door and immediately condemn the house which would immediately cause the entire Braun family to be homeless, with 8 kids. Ellis Border's tone is very mean and definitely threatening. There were many problems with the house, from faulty electrical outlets, rotten windows, and black mold under the kitchen sink ( improper installation), but there's no way that Ellis border would have known that when Mike Braun complained. There's no way Ellis Border could have known if the house was condemnable since he hadn't ever been to it. So this was a blatant threat when Ellis border threatened Mike Braun to condemn the house if Ellis Border has to come out and look at anything all. He specifically states on the phone, on a recorded line, that if he has to come out there if he so much as finds one faulty outlet he is going to condemn the house. Now the right thing to do, would be for Ellis, to come out and Inspect, tell Dave Laurine what to do, and make sure he does it. Real simple. Now, because of stupidity and severe corruption, Ellis Border not doing his job entrusted to him by the people of the Town of Randall, Kenosha county not enforcing their own rules in their own county for building and zoning, that this lawsuit had to come to life and had to rear the beautiful head of "true justice".

3}Kenosha County was contacted over the next 4 years with complaints of the condition of the structure of the house and especially the wooden stair case in the back. Building and Zoning would transfer us to the Health Department ultimately to go full circle and Plaintiffs would be told to call Ellis Border again to no avail. Kenosha county has violated The Plaintiff's 14th Amendment rights by discriminating against the Plaintiffs also forcing them to live in sub human conditions.

4} A)Kenosha County Sherriff arrested Sarah Walsh near the property rented by Mike Braun from Dave Laurine the night before their final day there prior to eviction. On  11/11/22   at 9 o'clock  Mike Braun and Jennifer Samuels were returning from a late animal food pick up.  Upon arriving back home the Plaintiff's noticed a vehicle with their lights on close to the rental house.  At first the Plaintiffs thought it was Mike Braun's oldest son Conrad Braun.  A few seconds later the vehicle darted full speed ahead through the western adjacent corn field, into the drainage ditch, into the air and back on the road (125th street). The Plaintiffs quickly determined it wasn't Conrad Braun and Mike Braun chased said vehicle till he stopped it after doing a full circle outside of the adjacent neighborhood. Jennifer Samuels called the police. The police determined it to be Sarah Walsh, Dave Laurine's neighboring tenant. She was drunk, had tampered with her blow device on her vehicle, removed her license plate and light, and was in the possession of burglary/vandalism tools. Twin Lakes P.D. called Kenosha County to handle it and they did show up and arrest her for DUI, deviating from the roadway, tampering with alcohol ignition device, disorderly conduct, operating while revoked, Kenosha case #2022CT000695. Kenosha county asked us what happened and Plaintiffs explained, but it was 3 hours later, that Sarah Walsh was actually arrested,

due to resisting arrest for over an hour in freezing cold weather. At this point it was 11pm. Kenosha county sherriff advised us to call them in the morning if we needed anything else, if possibly something was stolen or vandalized.

B) The very next morning before 8am, the last day living on the property, before eviction by the sheriff, Mike Braun discovered that A 1976 All Stainless steel, MCI, RV, Bus had been severely vandalized. Fuel line cut, airbags slashed, ignition wires cut and headlight and marker light wires were cut. Next is a 1989 Ford F800 cable recovery truck, used for deep or out of reach winching of vehicles. This is a very profitable vehicle in the winter due to people sliding off the roads. The entire ignition harness was cut as well as the headlights. Next is a 1984 Ford class C, RV. The entire ignition harness was completely cut out and Sarah Walsh tried to cut a line off of the propane tank, to blow up, the RV, but was unsuccessful.
C) Officer Kirk of the Kenosha County Sherriff arrived, took pictures of most of the vandalism, and claimed Sarah Walsh would be charged with criminal damage to property as a Felony.

D)All 3 vehicles had to be towed off the Farm. The Ford RV and the Ford F800 were towed to separate repair facilities. The tow cost total $1500. The repair costs for both Ford's has been paid by the Plaintiffs and total $7,000.00. The bus has yet to be repaired as estimates are as high as $20,000.

E)As of the filing of this lawsuit Sarah Walsh has yet to be charged by Officer Kirk with vandalism. Multiple calls were made by Plaintiffs, to the Sherriff's office and Officer Kirk refuses to return the Plaintiffs calls. Complaints to the Da's office in Kenosha didn't even know who the Plaintiffs were and that Plaintiffs weren't even listed as witnesses against Sarah Walsh. This is blatant discrimination by the Kenosha County Sherriff and violates Plaintiff's 14th Amendment rights.

5}A)Twin Lakes Police Officers harassed Michael Braun and his family by mailing them fake tickets for supposedly "animals at large". Dave Lorain had asked Mayor Skinner to ticket Michael Braun as much as he could so Dave Lorain could kick the Plaintiffs out, due to the fact that the Plaintiffs hadn't fallen for Ellis Border's trick, of putting a "red tag" on the door, for an easy eviction, because the Plaintiffs complained about the safety of their current living conditions.

B) Mike Braun refused to waste his time to go to court for fake tickets. At most the tickets are only a ordinance violation. A non arrestable offence and a non warrantable offense.

C)Michael Braun has to go to Walworth county jail to bond out his son in January, 2 months after Plaintiffs moved out of Dave Loraine's dangerous house. Walworth county Sherriff Hintz appears and takes the bond money for Mikes son. Then he informs Mike Braun that the city of Twin Lakes has put out 7 warrants for Mike Braun for a cow supposedly running loose. Hintz's partner exclaims he never saw a warrant for a cow getting loose and he is correct because it is a non warrantable offense. Mike Braun has to get an additional $900 or face arrest and confinement. And low and behold, Ellis Border is the building inspector for the City of Twin Lakes. This immediately violated Mike Braun's 4th Amendments rights od illegal search and seizure. Seizure being of Michael Braun.

6}1)All of the defendants conspired with one another to cause harm on the defendants at any given time.

2)Dave Laurine conspired with Sarah Walsh attempting to make Plaintiff's leave behind owned equipment that would then become Dave Laurine's property since the eviction was the very next day. Dave Laurine conspired with Ellis Border to keep Dave Laurine's failure, to maintain rental housing, a

secret (there are other examples of other tenants who had identical problems with Dave Laurine and Ellis Border, Plaintiffs were the first to fight back). Dave Laurine also conspired with the Twin Lakes mayor asking him to ask his police force to ticket Michael Braun as much as possible. Ellis Border definitely conspired with the city of Twin Lakes police force since he is the building inspector of that town also which the Plaintiffs were not aware of at the time of these incidents. Ellis Border conspired with other building inspectors, working for Kenosha county, to keep refusing any help for the Plaintiffs, as well as continuing to keep secret, Dave Laurine's criminal behavior as well as Ellis Border's own criminal behavior operating in a bribery scheme to scheme money from tenants whom were unaware of the illegal "quick eviction process" that Ellis Border and Dave Laurine had comprised, forcing anyone who complained about sub human condition, were automatically evicted and lost their security deposit thus enriching Dave Laurine. With the extremely "hot" real estate market in and around Twin Lakes, there is no shortage of victims. Plaintiffs are just the first ones to have the courage to bring this illegal scheme to the light.

## DAMAGES

1}A) Damages are both direct and indirect. Direct are as follows: Jennifer's surgery bills and recovery have costed over$200,000 which the state of Wisconsin has paid so far. There will be future expenses as well for her knee injury. Jennifer Samuels can't work and loses $100,000 on lost income. House cleaners have to be hired which cost $12,000 over 1 year which Jennifer Samuels used to do herself.

B)Vandalism by Sarah Walsh has costed the Plaintiffs over $8500 to date with approximately $20,000 additional.

C) Michael Braun's false warrants cost $900.

D)Mike Braun directly lost over $168,000 in rent to Dave Laurine for something he didn't intend on having to pay for (subhuman living conditions) nor ever agreed to.

2} A) Indirect damages include the mental health (depression) of Plaintiffs. Loss of Joy of Life by Plaintiffs. Severe Pain and Suffering by Plaintiff Jennifer Samuel, comparing it to all her child births (7) combined, and she had not ever used an epidural.

B) The Plaintiff's children have a hard time adjusting to a new school in the middle of the school year causing severe unnecessary stress and depression and physical hardship having to physically move everything in the middle of winter.

C)Michael Braun's 14th and 4th amendment violations by the Kenosha County Sherriff, the Town of Randall, Kenosha County and city of Twin Lakes.

D)Plaintiffs estimate the emotional toll to be $5,000,000 to cover long term pain and suffering.

3)Total damages come out to $5,509,400.

## CONCLUSION

Plaintiffs ask the Honorable sitting Judge to accept this case and allow it to go to a Jury Trial. Plaintiffs also ask you to accept the lawsuit as factual reciting actual events that occurred in real time. No part of this lawsuit was preplanned or staged but instead is 100% genuine.

## Relief and Remedy

That defendants have to pay a combined amount of $5,509,400 to the Plaintiffs with out any unnecessary delay. Plaintiffs also ask to for defendants Ellis Border and Dave Laurine to be charged federally with criminal Fraud for accepting bribes and accepting money for something they advertised that wasn't true and accepting money while maintaining a bribery ring.

Plaintiffs

Michael Braun

*Michael Br*——— 3/30/23

*[signature]* Jennifer Samuels 3/30/23

W2992 HWY 11
ELKHORN, WI 53121