# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL BRAUN and JENNIFER SAMUELS,

                Plaintiffs,

v.

KENOSHA COUNTY, KENOSHA COUNTY SHERIFF, CITY OF TWIN LAKES, TOWN OF RANDALL, ELLIS BORDER, DAVE LAURINE, SARAH WALSH, and OFFICER KIRK,

                Defendants.

Case No. 23-CV-422-JPS

**ORDER**

On May 23, 2023, Magistrate Judge Nancy Joseph filed a report and recommendation recommending that Plaintiffs Michael Braun and Jennifer Samuels' ("Plaintiffs") case be dismissed. ECF No. 12. On July 25, 2023, the Court overruled Judge Joseph's report and recommendation and granted Plaintiffs leave to amend. ECF No. 16. The Court also warned Plaintiffs that failure to timely amend their complaint would result in dismissal of the case with prejudice. *Id.* at 7, 9; *see also Ball v. City of Chicago*, 2 F.3d 752, 760 (7th Cir. 1993) ("Dismissal for failure to prosecute is, as provided in Fed. R. Civ. P. 41(b), with prejudice . . . .").

Plaintiffs failed to file an amended complaint within the time allotted. The Court has received no motion for an extension of time or other communication from Plaintiffs. Accordingly, true to its word, the Court will dismiss the case with prejudice.

Accordingly,

**IT IS ORDERED** that this case be and the same is hereby **DISMISSED with prejudice** for failure to prosecute and failure to comply with the Court's order, ECF No. 16; and

**IT IS FURTHER ORDERED** that Defendants Kenosha County, Kenosha County Sheriff, and Officer Kirk's motion to dismiss, ECF No. 5, be and the same is hereby **DENIED as moot.**

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 12th day of September, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge