# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL BRAUN and JENNIFER SAMUELS,<br><br>                Plaintiffs,<br><br>v.<br><br>KENOSHA COUNTY, KENOSHA COUNTY SHERIFF, CITY OF TWIN LAKES, TOWN OF RANDALL, ELLIS BORDER, DAVE LAURINE, SARAH WALSH, and OFFICER KIRK,<br><br>                Defendants. | Case No. 23-CV-422-JPS<br><br><br><br>**JUDGMENT** |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this case be and the same is hereby **DISMISSED with prejudice** for failure to prosecute and failure to comply with the Court's order.

APPROVED:

*[signature]*

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*

September 12, 2023
Date

By: Deputy Clerk